# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.



CARLITA FOWLER and
CARL PITTS,

CR 17 0412          VC

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution and Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 – Forfeiture

---

A true bill.

_Karen Williams_
Foreman

Filed in open court this __27__ day of __July 2017__.

_signature_
SALLIE KIM
United States Magistrate Judge                Clerk

Bail, $ **NO BAIL WARRANT** as to both

FILED 2017 JUL 27 P 4:33
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**

## OFFENSE CHARGED

Count One: 21 U.S.C. §§ 846 and 841(c)(1)(B)(viii)

Counts Two, Three, ad Four: 21 U.S.C. §§841(a)(1), 841(b)(1)(B)(viii)) – Possession with the intent to distribute and distribution of 50 grams or more of a mixture or substance containing methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: All Counts: Minimum 5 years' imprisonment, and Maximum 40 years' imprisonment; $5,000,000 fine; 4 years supervised release; $100 special assessment.

DEFENDANT - U.S
▶ Carlita Fowler

JUL 27 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 17 0412

VC

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Brian J. Stretch
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shailika S. Kotiya

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Mateo County Jail

Has detainer been filed?   ☐ Yes  ☒ No
If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year   02/02/2017

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

Count One: 21 U.S.C. §§ 846 and 841(c)(1)(B)(viii) – Conspiracy to distribute and possess with the intent to distribute 5 grams or more of methamphetamine

Count Four: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)) – Possession with the intent to distribute and distribution of 5 grams or more of methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** All Counts: Minimum 5 years' imprisonment, and Maximum 40 years' imprisonment; $5,000,000 fine; 4 years supervised release; $100 special assessment.

*SEALED BY COURT ORDER*

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **ATF**

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 10-00338 SI

Name and Office of Person Furnishing Information on this form: **Brian J. Stretch**
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Shailika S. Kotiya**

---

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED JUL 27 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Carl Pitts

**DISTRICT COURT NUMBER**
CR 17 0412

VC

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution: **FDC SeaTac**

Has detainer been filed? ☐ Yes ☒ No  If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year: **02/13/2017**
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☒ WARRANT   Bail Amount: **No bail**

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         NORTHERN DISTRICT OF CALIFORNIA
10                               SAN FRANCISCO DIVISION
11
    UNITED STATES OF AMERICA,           )   No. CR 17 0412
12                                      )
             Plaintiff,                 )   VIOLATIONS:
13                                      )   21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(viii) –
             v.                         )   Conspiracy to Distribute and Possess with Intent to
14                                      )   Distribute Methamphetamine;
    CARLITA FOWLER and                  )   21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) –
15  CARL PITTS,                         )   Distribution and Possession with Intent to Distribute
                                        )   Methamphetamine;
16           Defendants.                )   21 U.S.C. § 853 – Forfeiture
                                        )
17                                      )   SAN FRANCISCO VENUE
                                        )
18
19
                                     I N D I C T M E N T
20
    The Grand Jury charges:
21
    COUNT ONE:      (21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)(viii) – Conspiracy to Distribute and
22                  Possess with Intent to Distribute Methamphetamine)
23       Beginning on a date unknown to the Grand Jury and continuing to February 2, 2017, in the
24  Northern District of California, the defendants,
25                          CARLITA FOWLER and CARL PITTS,
26  and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute
27  and possess with intent to distribute a Schedule II controlled substance, to wit, 5 grams and more of
28  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States
    INDICTMENT
```

Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

COUNT TWO:  (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution and Possession with Intent to Distribute Methamphetamine)

On or about August 11, 2016, in the Northern District of California, the defendant

CARLITA FOWLER

did knowingly and intentionally distribute and possess with the intent to distribute a Schedule II controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE:  (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution and Possession with Intent to Distribute Methamphetamine)

On or about August 18, 2016, in the Northern District of California, the defendant

CARLITA FOWLER

did knowingly and intentionally distribute and possess with the intent to distribute a Schedule II controlled substance, to wit, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT FOUR:  (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Distribution and Possession with Intent to Distribute Methamphetamine)

On or about February 2, 2017, in the Northern District of California, the defendants,

CARLITA FOWLER and CARL PITTS,

did knowingly and intentionally distribute and possess with the intent to distribute a Schedule II controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

FORFEITURE ALLEGATION:  (21 U.S.C. § 853 – Drug Forfeiture)

The factual allegations contained in Counts One, Two, Three, and Four of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant

INDICTMENT                                            2

to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

Upon a conviction of any of the offenses alleged in Counts One, Two, Three, or Four, the defendants,

CARLITA FOWLER and CARL PITTS,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to a money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: 7/27/17                            A TRUE BILL

_/s/ Karen Williams_
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_/s/ Kyle F. Waldinger_
KYLE F. WALDINGER
Acting Criminal Chief, Criminal Division

(Approved as to form: _/s/ Shailika Kotiya_ )
AUSA SHAILIKA S. KOTIYA

INDICTMENT                                3